No. 736. NEW YORK LIFE INSURANCE CO. v. ROSITZKY. March 16, 1931. Petition for writ of certiorari to the Cir-

cuit Court of Appeals for the Eighth Circuit denied. *Messrs. Ralph T. Finley, James C. Jones, Lon O. Hocker, James C. Jones, Jr., Frank H. Sullivan,* and *Louis H. Cooke* for petitioner. *Mr. K. B. Randolph* for respondent.